UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | | |
|---|---|---|
| JESSE ZACHARY ROBINSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 1:22-cv-01072-SHM-tmp |
| | ) | |
| DAVID BUNN, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**ORDER DISMISSING CASE WITHOUT PREJUDICE**

On April 21, 2022, Jesse Zachary Robinson, who was then incarcerated at Carroll County Jail in Huntingdon, Tennessee, filed a *pro se* civil complaint pursuant to 42 U.S.C. § 1983, and a motion to proceed *in forma pauperis*. (ECF Nos. 1 & 2.) The Court issued an order on April 25, 2022, granting leave to proceed *in forma pauperis* and assessing the civil filing fee pursuant to 28 U.S.C. §§ 1915(a)–(b). (ECF No. 5.) The order directed Plaintiff to notify the Court immediately of any change of address and warned that failure to do so could result in dismissal of this action without further notice. (*Id*. at PageID 19.)

On May 2, 2022, the docket sheet mailed to Plaintiff was returned to the Court as undeliverable. (ECF No. 6.) On May 27, 2022, the order granting Plaintiff leave to proceed *in forma pauperis* (ECF No. 5) was returned as undeliverable. (ECF No. 7.)

Plaintiff has submitted no change of address. The most basic responsibility of a litigant is to keep the Court advised of his whereabouts. Plaintiff was directed to do so in the April 25, 2002, order but has failed to notify the Court of his current location. Therefore, it appears Plaintiff has

abandoned this action. Accordingly, this case is hereby DISMISSED without prejudice, pursuant to Federal Rule of Civil Procedure 41(b), for failure to comply with the Court's order.

It is also CERTIFIED, pursuant to 28 U.S.C. § 1915(a)(3) and Federal Rule of Appellate Procedure 24(a), that any appeal in this matter by Plaintiff would not be taken in good faith. Leave to proceed on appeal *in forma pauperis* is, therefore, DENIED.

IT IS SO ORDERED this 16th day of December, 2022.

/s/ *Samuel H. Mays, Jr.*
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE